IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAUL E. KINSEY, JR.,
#223447                                                                                    PLAINTIFF

V.                          CASE NO. 4:19-cv-683-KGB-BD

MATTHEW HODGE                                                                DEFENDANT

# ORDER

Richard Gilliam, an inmate in the Arkansas Department of Correction, signed and filed a civil rights lawsuit, purportedly on behalf of himself and others, including Paul Kinsey, the Plaintiff in this case. Mr. Gilliam filed the complaint *pro se*; that is, without the help of a lawyer. (Docket entry #1) Importantly, there are no allegations in the complaint that refer to Mr. Kinsey in any way. (#1)

Every civil case filed by a prisoner - including this one - requires the plaintiff to pay a filing fee either at the beginning of the lawsuit or, if he cannot afford to pay the entire fee in a lump sum, to apply to proceed *in forma pauperis* (IFP) and pay the fee in monthly installments. While Mr. Gilliam filed an IFP application for himself, Mr. Kinsey has not done so.

In the event Mr. Kinsey wants to pursue claims on his own behalf, he must first address the filing fee requirement within 30 days by completing and returning the enclosed IFP application (including an accompanying affidavit and jail account information sheet) or by paying a $400.00 filing fee. He must also file a signed, amended complaint within 30 days that names the defendants he is suing; explain how each

defendant violated his federally protected rights; and describe how he was injured by the wrongful conduct.

If Mr. Kinsey believes that he was named in Mr. Gilliam's complaint by mistake, he need not take further action, and this lawsuit will be dismissed.

The Clerk of Court is directed to enclose an application to proceed IFP and a jail account information sheet, along with a copy of this order.

IT IS SO ORDERED, this 4th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE