**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PAUL E. KINSEY, JR.,**
**#223447**                                                                                                          **PLAINTIFF**

**V.**                                     **CASE NO. 4:19-CV-683-KGB-BD**

**MATTHEW HODGE**                                                                         **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.     Procedures for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Mr. Kinsey may file objections with the Clerk of Court if he disagrees with the finding or conclusions set out in this Recommendation. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. Kinsey does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.    Discussion**

Richard Gilliam, an inmate at the Lonoke County Detention Facility (Detention Facility), signed and filed a civil rights lawsuit, purportedly on behalf of himself and others, including Mr. Kinsey, who is also being held at the Detention Facility. (Docket entry #1) It was unclear whether Mr. Kinsey wanted to be a plaintiff in this lawsuit since he did not sign the complaint.

The Court ordered Mr. Kinsey to submit a completed *in forma pauperis* (IFP) application or pay the filing fee and submit an amended complaint within 30 days of October 4, 2019, if he wished to pursue federal constitutional claims. (#2) The Court cautioned Mr. Kinsey that his lawsuit would be dismissed if he failed to respond as directed.

To date, Mr. Kinsey has not responded with an IFP application, a filing fee, or an amended complaint. The time allowed for responding to the Court's October 4 Order has expired.

### III.   Conclusion

The Court recommends that Mr. Kinsey's claims be DISMISSED, without prejudice, based on his failure to address the filing fee requirement and his failure to file an amended complaint, as ordered.

DATED this 7th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE