IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL E. KINSEY, JR.,
#223447                                                                                       PLAINTIFF

v.                                         Case No. 4:19-cv-683-KGB-BD

MATTHEW HODGE                                                                  DEFENDANT

## ORDER

The Court has received a Recommended Disposition filed by United States Magistrate Judge Beth Deere. Plaintiff Paul E. Kinsey, Jr., has not filed objections, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 3).

The Court dismisses without prejudice Mr. Kinsey's claims based on his failure to comply with the Court's October 4, 2019, Order.

It is so ordered this 28th day of June, 2021.

_____
Kristine G. Baker
United States District Judge